*D. Moss*, for the appellant.

*G. H. Voss*, in person.

---

THE NEW ALBANY AND SALEM RAILROAD COMPANY *v.* COLLINS.

Thursday,
June 16.

APPEAL from the *Washington* Circuit Court.

*Per Curiam.*—The same questions are raised in this case as in that of *The New Albany, &c., Railroad Co.* v. *Fix*, at the present term (1); and for the reasons given, and upon the authorities cited, in that case, the judgment before us must be affirmed.

The judgment is affirmed with 10 per cent. damages and costs.

*W. G. Cooper*, for the appellants.

*J. Collins*, for the appellee.

(1) *Ante*, 485.